1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  ARJUN P. RAO (State Bar No. 265347)
   ARSEN KOURINIAN (State Bar No. 271966)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5800
   Facsimile:   310-556-5959
5  Email:         *lacalendar@stroock.com*

6

7  Attorneys for Defendant
     CHASE BANK USA, N.A., erroneously sued
8    as JPMORGAN CHASE BANK, N.A.

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MABERRY, an individual | Case No. 14-cv-01325-KJM-CKD |
| Plaintiff, | Hon. Kimberly J. Muller |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE** |
| JPMORGAN CHASE BANK, N.A., and DOES 1 through 20, inclusive, | **[EASTERN DISTRICT LOCAL RULE 144]** |
| Defendant. | Complaint Filed: May 30, 2014<br>Initial Response Date: July 21, 2014<br>Stipulated Response Date: August 18, 2014 |
| | Courtroom: 3 |

WHEREAS, on May 30, 2014, plaintiff John Maberry ("Plaintiff") filed the Complaint in this Court;

WHEREAS, on June 30, 2014, defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A. ("Chase") was served with the Summons and Complaint;

WHEREAS, based on the date of service, a response to the Complaint would be due on or before July 21, 2014; and

WHEREAS, Plaintiff and Chase, through their respective counsel of record, have agreed to extend Chase's deadline to respond to the Complaint by twenty-eight (28) days, to and including August 18, 2014.

IT IS HEREBY STIPULATED by and between Plaintiff and Chase, through their respective counsel of record, that Chase shall have a twenty-eight (28) day extension of time, to and including August 18, 2014, to file its response to the Complaint.

Dated: July 15, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ARJUN P. RAO
ARSEN KOURINIAN

By: */s/ Arjun P. Rao*
Arjun P. Rao

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK, N.A.

Dated: July 15, 2014

DELTA LAW GROUP
JIM G. PRICE

By: */s/ Jim G. Price*
*(as approved on July 15, 2014)*
Jim G. Price

Attorneys for Plaintiff
JOHN MABERRY

1

**STIPULATION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE**
**[EASTERN DISTRICT LOCAL RULE 144]**

LA 51780615

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, a copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE [EASTERN DISTRICT LOCAL RULE 144]** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

---

**STIPULATION FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE**
**[EASTERN DISTRICT LOCAL RULE 144]**

LA 51780615